1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   MARCO A. LOPEZ
6  Law Clerk

7    450 Golden Gate Avenue, 11th Floor
     San Francisco, California 94102
8    Telephone: (415) 436-7200
     Fax: (415) 436-7234
9    Email: derek.owens@usdoj.gov

10 Attorneys for Plaintiff

11                UNITED STATES MAGISTRATE COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )   No. CR 06-0001 MEJ
15                                  )
         Plaintiff,                 )   STIPULATION AND [PROPOSED]
16                                  )   ORDER RESETTING BRIEFING
       v.                           )   SCHEDULE FOR MOTION HEARING
17                                  )
   FELICIA DANIELA PEREZ,           )
18                                  )
         Defendant.                 )
19 _____)

20
21     The parties hereby agree to the following briefing schedule for the motion hearing on

22 August 3, 2006: the defendant's motion shall be filed on or before July 6, 2006; the

23 government's opposition shall be filed on or before July 20, 2006; and the defendant's reply

24 shall be filed on or before July 27, 2006.  This revised schedule gives the government one

25 additional

26 //

27 //

28 //
   //

                                         1

week to respond to the defendant's motion. It is otherwise identical to the original briefing schedule.

IT IS SO STIPULATED:

DATED: 6/14/06

/s/
PAUL F. DEMEESTER
Attorney for Defendant

KEVIN V. RYAN
United States Attorney

DATED: 6/13/06

/s/
DEREK R. OWENS
Special Assistant United States Attorney

ORDER

For good cause shown, IT IS HEREBY ORDERED that the briefing schedule for the motion hearing on August 3, 2006 be reset as follows: the defendant's motion shall be filed on or before July 6, 2006; the government's opposition shall be filed on or before July 20, 2006; and the defendant's reply shall be filed on or before July 27, 2006.

IT IS SO ORDERED

DATED: June 26, 2006

Judge Maria-Elena James

STIPULATION AND [PROPOSED] ORDER
CR 06-0001 MEJ

2