UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. CR-06-00001 MEJ |
| Plaintiff, | ) | |
| | ) | PRETRIAL ORDER |
| vs. | ) | |
| FELICIA DANIELA PEREZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The trial is set to commence in the above-captioned action on April 23, 2007. The Court hereby orders the following::

1. All Motions shall be filed on or before April 13, 2007.

2. On or before April 13, 2007, counsel for the parties shall serve and file a list of all witnesses who may be called, together with a brief summary of the testimony of each witness.

3. On, or before April 13, 2007, counsel for the parties shall serve and file a document entitled "Expert Witness Disclosure" which shall contain the name, address, qualifications, resume and a written report which complies with Federal

Rule of Criminal Procedure 16(a)(1)(E) or (b)(1)(C) as to any expert witness testimony he or she intends to present at trial.

4. On or before April 13, 2007, counsel for the parties shall serve copies of all exhibits to be offered at trial, together with a complete list of those exhibits. Each exhibit shall be pre-marked. The government shall use numbers and the defendant shall use letters. The exhibits shall not be filed with the court. The exhibit list shall be filed with the Court. The Court's copy of the exhibits shall be given to the Court on the day of the trial.

5. On or before April 13, 2007, all Henthorn and Jencks material shall be served on opposing counsel.

6. All documents filed or lodged with the Court must be accompanied by a copy for use in Judge James' chambers. In addition, one copy of the witness and exhibit list should be furnished to the court reporter on the day of the trial..

7. Each party is responsible for its exhibits. Upon the conclusion of the trial, each party shall retain its exhibits. Should an appeal be taken, it is the responsibility of each party to make arrangements with the Clerks of the Court to file the record on appeal.

IT IS SO ORDERED.

DATED: April 9, 2007



Judge Maria-Elena James
United States Magistrate Judge

2