FILED

MAY 31 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-06-00001 MEJ

Defendant's Name: Perez

Defense Counsel: Paul Demeester

Sentencing Date: 9-13-07 @ 10:00

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- ✓ Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 18400, **before leaving** the Courthouse today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

By: BRENDA TOLBERT
Deputy Clerk

C: U.S. Probation

For Use of Courtroom Deputies:

Is defendant in custody? N

Is defendant English speaking? Y

Defendant's address:

_____

_____